Joseph Haber, Appellee, v. W. A. Jones Foundry & Machine Company, Appellant.

Gen. No. 18,350.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. FARLIN Q. BALL, Judge, presiding. Heard in this court at the March term, 1912. Affirmed. Opinion filed December 22, 1913.

### Statement of the Case.

Action by Joseph Haber against W. A. Jones Foundry & Machine Company to recover damages for the partial loss of plaintiff's thumb caused by being caught in an unprotected speed gear of an iron pulley lathe which plaintiff was operating for defendant at the time of the injury. From a judgment in favor of plaintiff for one thousand dollars, defendant appeals.

WINSTON, PAYNE, STRAWN & SHAW, for appellant; EDWARD W. EVERETT, J. SIDNEY CONDIT and RUPERT DONOVAN, of counsel.

GALLAGHER & MESSNER, for appellee.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

1. MASTER AND SERVANT, § 688*—*when verdict for injuries to servant sustained by the evidence.* In an action by a servant for injuries resulting from the defective condition of the coupling appliances of an iron pulley lathe, a verdict for plaintiff *held* not so clearly against the weight of the evidence that trial court erred in denying defendant's motion for a new trial.

2. MASTER AND SERVANT, § 399*—*when servant assumes risk after promise to repair.* Servant does not assume the risk because he was injured more than four hours after defendant promised to repair a defective machine. Whether plaintiff continued in employment longer than a reasonable time is a question of fact for the jury.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.